**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00473-CV

## IN RE LEXON INSURANCE COMPANY, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06030**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's emergency motion to stay proceedings in the trial court pending determination of the petition for writ of mandamus as moot. We **ORDER** that relator bear the costs of this original proceeding.

/s/     JIM MOSELEY
        JUSTICE